IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE CHAVEZ on behalf of Ezequiel Chavez, | § § § | |
| Plaintiff | § § | |
| V. | § § | No. 3:15-cv-3211-B |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | § § § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

DATE: May 9, 2016.


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-